RECEIVED
SDNY PRO SE OFFICE
2022 AUG 23  AM 10: 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Monte S. Leach

_____        1:22 CV 03007-ALC

Write the full name of each plaintiff.           (Include case number if one has been assigned)

-against-

New York City - The N.Y.P.D
and two of its officer's (John Doe's)
from the 5th Precint in China Town
Manhattan

AMENDED
COMPLAINT
(Prisoner)

Do you want a jury trial?
■ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: The N.Y.P.D. and two of its officers from the 5th Precinct in Manhattan whose names and shield #'s

First Name            Last Name            Shield #

I do not Know (John Doe's)

Current Job Title (or other identifying information)

The 5th Precint Manhattan N.Y.

Current Work Address

County, City            State            Zip Code

Defendant 2: ~~[scribbled out]~~

First Name            Last Name            Shield #

~~[scribbled out]~~

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 3: ~~[scribbled out]~~

First Name            Last Name            Shield #

~~[scribbled out]~~

Current Job Title (or other identifying information)

~~[scribbled out]~~

Current Work Address

County, City            State            Zip Code

Defendant 4: N.Y.C.

First Name            Last Name            Shield #

100 Church St.

Current Job Title (or other identifying information)

Current Work Address

Manhattan    N.Y.   N.Y.   10007

County, City            State            Zip Code

Page 3

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

8/17/22
Dated

M. Leach
Plaintiff's Signature

Monte
First Name

S.
Middle Initial

Leach
Last Name

7 Livonia Ave Bklyn. N.Y. 11212 Apt. 318
County, City             State             Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

(1)

On May 10th 2021 - I Monte S. Leach was falsely accused and falsely arrested on felony charges that consisted of my inditement on false charges of rape in the 1st degree!
These false charges injailed me for at least two, three or four months before I was released on my own ~~reconoinocense~~ reconoinocense!
After being released I was detered to an out patient program (not a drug) on 125th street which is called CASES!
I was assigned a counselor who I would speak with once a week named Mitchell Simple! Phone #: 347-786-0717
I was also assigned my lawyer: an Elizabeth Bender! from the neighborhood Defenders Service of Harlem 317 Lenox Ave. 10th Flr. N.Y. N.Y. 10027 Phone #: 917-826-8834
She can fill you in on the case that I am putting this complaint about. She can also fill your honorable courts in with such address of CASES! if needed

(3)

inflamation and pain from previous injuries not associated with the false of such case possible colon cancer of which I have been scheduled for an colonoscopy on March 11th 2022! I now have also been diagnosed with an enlarged and swollen prostrate and constant pain in the right side of my lower abdomen, all of which before such character asassignation and false charges, I was not plagued with."

A Dr. Daniel S. Reich (M.D.) will be oversighting endocopy procedure on March 11th at Queens Endoscopy: 176-60 Union Turnpike Fresh Meadows N.Y. 11366 He can be reached at 69-60 108th St Forest Hills, N.Y. 11375 phne#: 718-544-0447 if needed! Its for reports of any and all of my other ailements brought on behind such character asassignation and false charges please refer to a Dr. Alfredo Costello (M.D.) at 31-41 45th St. Astoria, N.Y 11103 phne# 718-274-2600.

(5)

on such false charges, that the Manhattan District attorneys' in charge of such case mentioned on record to my attorney at the time "Elizabeth Bender" and myself "Monte S. Leach" that the so-called victim of this false case & charges picked out a person other than myself at the police station at which she supposedly made this false complaint against my person. If she picked this other person or persons out thru a live line up and or photo picture line up and according to her grand-jury statement the victim (so-called) basically had a supposedly knowing of my name, face and whereabouts' at the time of such false crime occured! When including the fact that there was not a single trace of D.N.A evidence linking myself "Monte S. Leach" to such a heinosce' crime this would show proof that there was not any probable case for myself "Monte S. Leach" to be arrested and indicted then ultimately being released and the case being dismissed! Due to such ailments that have plagued me and my life since the onset of this false

(7)

thruout such ordeal! Since that is what I have sighted it to be I seek out from all this the compensation of the monetory sense of two million dollars for such and ordeal that was based on falseness and character assignation.

This is my view and true account of what this plague of character, false arrest and false incarceration has adversely and negatively brought upon my emotional, mental, and physical person!

Respectfully:
Monte S. Leach!

I Monte S. Leach was arrested by officers ~~of~~ of the N.Y.P.D. at a N.Y.C. shelter on west 110th street in harlem, brought to an unknown precint in harlem then brought to the 5th precint in china town Manhattan N.Y. by two John Doe officers placed under arrest then brought to the 100 Center St. lock up in Manhattan! The names ~~and~~ and badge numbers of these John Doe officers I do not know!

VADIS O. MCKENZIE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MC6408715
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES SEPTEMBER 8, 202_4_




# OFFICE OF CHIEF MEDICAL EXAMINER
520 First Avenue, New York, New York 10016

Timothy D. Kupferschmid, Director
**DEPARTMENT OF FORENSIC BIOLOGY**
Charles S. Hirsch Center for Forensic Sciences
421 East 26th Street, New York, New York 10016

Telephone: 212.323.1200   Email: DNALab@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme

**DATE:** June 10, 2021

## LABORATORY REPORT

**SUSPECT:** Monte Leach          **NYSID NO:** 05426580M           **LAB NO:** FBS21-01036
**ARREST NO:** M21613868                                             **REPORT ID:** CRT-0521-0976

### RESULTS AND CONCLUSIONS

STR DNA typing using the PowerPlex® Fusion PCR Amplification Kit was performed on the DNA sample from Monte Leach. A 22-locus DNA profile was determined.

This DNA profile was compared to the results in the following report(s):

| FB Number | Complaint Number | Complainant's Name | Case Report ID(s) |
|---|---|---|---|
| FB21-03207 | 2021-026-01025 | ███████ | CRT-0621-0014 |

**Sample: dried secretion swab from "left cheek" (item 1.3.2)**

Hypothesis 1: Monte Leach and ███████
Hypothesis 2: ███████ and one unknown person

A likelihood ratio was calculated for the comparison of Monte Leach to the DNA mixture found on **dried secretion swab from "left cheek" (item 1.3.2). Monte Leach is excluded as a contributor to this sample.**

**Sample(s): vulvar swab, sperm cell fraction**

Monte Leach is not the source of the DNA.

**The DNA profile of Monte Leach is suitable for entry into the OCME local DNA databank.**

SUPREME COURT OF THE STATE OF NEW YORK     NO FEE
NEW YORK COUNTY
100 CENTRE STREET
NEW YORK, NY 10013

## CERTIFICATE OF DISPOSITION DISMISSAL

DATE: 11/22/2021                CERTIFICATE OF DISPOSITION NUMBER: 66757

PEOPLE OF THE STATE OF NEW YORK
         VS.

LEACH, MONTE

       DEFENDANT

CASE NUMBER: 01062-2021
LOWER COURT NUMBER(S): CR-010654-21NY
DATE OF ARREST: 05/10/2021
ARREST #: M21613868
DATE OF BIRTH: 03/06/1968
DATE FILED: 05/14/2021

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS ON FILE IN THIS OFFICE THAT ON 10/25/2021 THE ABOVE ACTION WAS DISMISSED AND ALL PENDING CRIMINAL CHARGES RELATED TO THIS ACTION WERE ALSO DISMISSED BY THE HONORABLE FARBER,C THEN A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED DISMISSAL IS A TERMINATION OF THE CRIMINAL ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST AND PROSECUTION".

PURSUANT TO SECTION 160.50(1C) OF THE CRIMINAL PROCEDURE LAW, ALL OFFICIAL RECORDS AND PAPERS RELATING TO THIS CASE ARE SEALED.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL ON THIS DATE 11/22/2021.

                               COURT CLERK

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 - including any appearing on this certificate of disposition - are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise - unless specifically required or permitted to do so by statute.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of "1 year", "12 months", or "365 days" is, by operation of law, deemed to be a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of "1 year", "12 months", "52 weeks", or "365 days" for a misdmeanor conviction shall be interpreted as a sentence of 364 days.

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

PRIORITY MAIL POSTAGE REQUIRED

- Expected delive
- Most domestic s
- USPS Tracking®
- Limited internatio
- When used interr

*Insurance does not cov Mail Manual at http://pe.
** See International Mail

**MAILING
FOR DOMESTIC**

To schedule free Pa scan the QR

USPS.COM/PICKUP

**TRACKED ■ INSURED**

PS00000133100
EP14 September 2021
OD: 15 x 11.625

### Label

UNITED STATES POSTAL SERVICE.  Retail

P   US POSTAGE PAID
$8.70   Origin: 11101
08/19/22
3548400708-27

PRIORITY MAIL®

0 Lb 2.00 Oz
1020

EXPECTED DELIVERY DAY: 08/20/22

C099

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING® #
9505 5148 3728 2231 4745 41

FROM: Monte S. Leach
7 Livonia Ave. Bklyn. N.Y. 11212
Apt. 318

TO:
Southern District Courts of New York
500 Pearl St. N.Y. N.Y. 10007-1312

Attn: Clerk of Courts!

Pro Se
EN

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

DuPont™ Tyvek®